IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHEREE L. FRANKLIN | § | PLAINTIFF |
| | § | |
| V. | § | Civil No. 1:09CV147-HSO-JMR |
| | § | |
| PENN NATIONAL GAMING, INC., and | § | |
| BSL, INC. | § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Revised Motion to Dismiss [18] filed by Defendant BSL, Inc. The Court, after a full review and consideration the record, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's case against Defendants is hereby dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED AND ADJUDGED**, this the 28th day of September, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE